FILED
9/11/2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
SEP - 3 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# United States District Court
### Northern District of Illinois

STEVEN L. CLARK, )
)
Plaintiff )
)
vs. )
) 13 C 6300
Sgt. VRAKAS AND ) Judge Robert W. Gettleman
C/O MURPHY, OF THE ) Magistrate Judge Michael T. Mason
WILL COUNTY ADULT )
DETENTION CENTER )
_____ )
_____ )
_____ )
_____, )
)
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

    Full Name: **STEVEN L. CLARK**

    Prison Identification Number: **B57160**

    Current address: **6695 STATE ROUT 146 EAST**
    **Vienna IL 62995**

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

    Defendant #1:

        Full Name: **SGT. VRAKAS**

        Current Job Title: **SERGANT - Will Co. DETENTION**

        Current Work Address: **95 S. Chicago St. Joliet Il.**

    Defendant #2:

        Full Name: **MURPHY #1933**

        Current Job Title: **Corr. Officer - Badge #1933**

        Current Work Address: **95 S. Chicago St. Joliet Il.**

    Defendant #3:

        Full Name: **N/A**

        Current Job Title: **N/A**

2

Current Work Address  N/A

N/A

Defendant #4:

Full Name: N/A

Current Job Title: N/A

Current Work Address N/A

N/A

Defendant #5:

Full Name: N/A

Current Job Title: N/A

Current Work Address N/A

N/A

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe  N/A

N/A

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

C. If your answer to B is yes, how many? N/A  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number  _N/A_

2. Basic claim made  _N/A_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  _N/A_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not  _grievances + appeal attached hereto._

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  _Will County Adult Detention Center, Joliet, Illinois_

4

Date(s) of the occurrence  MARCH 27, 2013 Through APRIL 3, 2013

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

From 3-28-2013 Through 4-3-2013 This Complaintant was forced to live in inhumane, unsanitary and squalid living conditions while being lodged at The Will County Adult Detention Center as A pre-trial Detainee in violation of his Constitutional Rights under the 14th Amendments Due Process Clause.

Specifically on 3-28-2013 while being housed in D-Pod, Cell #28 the Plaintiff submitted a formal complaint to Defendant C/O Murphy #1933, who was the assigned Corr. officer of D-Pod, that his Toilet was in disrepair and clogged-up and unable to Flush. When the Plaintiff attempted to flush the Toilet, the Toilet would overflow causing urine, and fecal matter, and septic squalid sewer water and debris to overflow into his cell. The sanitary sewer was clogged-up due to a disruptive prisoner next to the Plaintiff's cell, who had defiantly & deliberatly flushed a couple of towels down his toilet to cause the entire sewer line to be clogged-up.

From 3-28-2013 Through 4-2-2013 The plaintiff diligently lodged Oral Complaints Concerning These unsanitary and inumane squalid living conditions to Defendant Murphy who alleged he advanced This Complaint To Defendant -Sgt. VRAKAS.

5

Despite the fact Sgt. VRAKAS AND C/O Murphy had direct knowledge that the plaintiff's cell was in disrepair, and his enviroment was extremely unsanitary, due to being in direct proximety and confinement with stagnant urine and fecal matter, they refused to authorize the plaintiff to be moved to another cell with "functionig" toilet and running water. Their, (Defendant VRAKAS, and C/O Murphy's) "inactions" plainly exhibited a showing of deliberate indifference towards this plaintiff's health and safety, and abridged his constitutional rights, via U.S.C.A #14. (DUE PROCESS).

On 4-3-2013 after numerous work-orders were submitted the maintence personel finally unclogged the sanitary sewer line and restored the function of the plaintiff's toilet in D-Pod, cell #28.

This plaintiff declares his physical and mental health severely diminished and he was subjected to extreme physical pain from being forced to hold his excrement for numerous days, as the compiling of more fecal matter was simply exacerbating and/or compounding the already unbearable living conditions.

Additionally, the plaintiff had to eat his meals while sitting next to this stagnant urine and excrement, which was producing a very intollerable "potent" fermentation smell, ultimately inabling the plaintiff to eat his meals causing discomfort & distress.

Clearly Sgt. VRAKAS and C/O Murphy had the ability to have had the plaintiff removed from these deplorable living conditions, however, they totally ignored this inmates

6

Complaints to be removed from the aforsaid living conditions.

Sgt. Vrakas and C/O Murphy both were acting under color of state law during these incidents.

Sgt. Vrakas is being sued in his individual capacity.

C/O Murphy is being sued in his individual capacity.

The plaintiff avers he suffered extreme physical and mental anguish as a result of being confined in these inhumane conditions from 3-28-13 through 4-3-13.

## RELIEF REQUESTED
(State what relief you want from the court.)

#1. AWARD COMPENSATORY DAMAGES OF $125,000.00 AGAINST SGT. VRAKAS.

#2. AWARD COMPENSATORY DAMAGES OF $125,000.00 AGAINST C/O MURPHY.

#3. AWARD PUNATIVE DAMAGES OF $250,000.00.

JURY DEMAND    Yes [X]    No [ ]

Signed this _____ day of _____, 20____.

_____
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| STEVEN L. CLARK | B-51160 |
| Address: VIENNA CORR. CENTER 6695 STATE ROUTE 146 EAST VIENNA, IL 62995 | Telephone Number: N/A |

8

Deliberate indifference

**22**

# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM 22

NAME: Clark Steven L   CIMIS: 5924   DATE: 4-1-13   POD: D   CELL: 28
  Last Name,   First Name,   Middle Initial

***********INSTRUCTIONS************
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES <u>FIRST</u> FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
    ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
    ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
    POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) **ADMINISTRATIVE SECTION**
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(✓) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
    ( ) APPEAL OF GRIEVANCE
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I'm writing this grievance because I haven't been able to flush my toilet since 3-29-13 due to the pipes being clogged todays date is 4-1-13, also there has been a work order in since 3-29-13.

Thank you

INMATE'S SIGNATURE: Steven Clark   CIMIS NUMBER: 201200059241

*****STAFF RESPONSE*****

_____
_____
_____
_____
_____
_____
_____

**SIGNATURES**
REVIEWED BY POD OFFICER SIGNATURE: _____ # 1737 DATE: 4/1/13
STAFF SIGNATURE: _____ # _____ DATE: _____
SERGEANT/AREA SUPERVISOR: _____ # _____ DATE: _____
LIEUTENANT/WATCH COMMANDER: _____ # _____ DATE: _____
WARDEN/DEPUTY CHIEF: _____ # _____ DATE: _____

**PINK COPY:** INMATE RETAINS  **WHITE COPY:** SEND TO CLASSIFICATION  **YELLOW COPY:** RETURN TO INMATE

Sent back to ME 4-2-13
to OPR
Never given a grievance #

**WILL COUNTY ADULT DETENTION FACILITY**
**INMATE REQUEST FORM 22**

**22**

NAME: Clark Steven L    CIMIS: 5924    DATE: 4-1-13    POD: D    CELL: 28
    Last Name,    First Name,    Middle Initial

\*\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\*
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
    ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
    ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
    POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) **ADMINISTRATIVE SECTION**
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(✓) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
    ( ) APPEAL OF GRIEVANCE
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I'm writing this grievance because I haven't been able to flush my toilet since 3-27-13 due to the pipes being clogged, todays date is 4-1-13, Also there has been a work order in since 3-27-13.

Thank you!

INMATE'S SIGNATURE Steven Clark    CIMIS NUMBER: 201200 5924

\*\*\*\*\*STAFF RESPONSE\*\*\*\*\*

Is the officer aware?

**SIGNATURES**
REVIEWED BY POD OFFICER SIGNATURE: _____ # 1733 DATE: 4/1/13
STAFF SIGNATURE: _____ # _____ DATE: _____
SERGEANT/AREA SUPERVISOR: _____ # _____ DATE: _____
LIEUTENANT/WATCH COMMANDER: _____ # _____ DATE: _____
WARDEN/DEPUTY CHIEF _____ # _____ DATE: _____

**PINK COPY:** INMATE RETAINS    **WHITE COPY:** SEND TO CLASSIFICATION    **YELLOW COPY:** RETURN TO INMATE

**22**

## WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM 22

NAME: CLARK Steven L          CIMIS: 5924     DATE: 4-8-13    POD: D   CELL: 28
    Last Name,   First Name,   Middle Initial

**\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES FIRST FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
    ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
    ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
    POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) **ADMINISTRATIVE SECTION**
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
    (✓) APPEAL OF GRIEVANCE
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I was sent back a form response saying is the officer aware of the problem with the toilet and the answer is yes because he signed the grievance in the first place. It is now 4-8-13 and my toilet still isn't fixed. Can I please get some assistance.

Thank you!

INMATE'S SIGNATURE: Steven Clark          CIMIS NUMBER: 2013000 5924

**\*\*\*\*\*STAFF RESPONSE\*\*\*\*\***
_____
_____
_____
_____
_____
_____
_____

**SIGNATURES**
REVIEWED BY POD OFFICER SIGNATURE:_____ #_____ DATE:_____
STAFF SIGNATURE:_____ #_____ DATE:_____
SERGEANT/AREA SUPERVISOR:_____ #_____ DATE:_____
LIEUTENANT/WATCH COMMANDER:_____ #_____ DATE:_____
WARDEN/DEPUTY CHIEF:_____ #_____ DATE:_____

**PINK COPY:** INMATE RETAINS    **WHITE COPY:** SEND TO CLASSIFICATION    **YELLOW COPY:** RETURN TO INMATE

IN THE
__United States District Court__
__Northern District of Illinois__

__Steven L. Clark__ )
Plaintiff )
 )
 ) Case No. _____
v. )
 )
 )
__Sgt. Vrakas,__ )
__C/O Murphy__ )
Defendant )

---

## PROOF/CERTIFICATE OF SERVICE

TO: __Clerk of the Court__  TO: _____
__United States District Court__ _____
__Northern District of Illinois__ _____
__219 S. Dearborn Street__ _____
__Chicago, IL 60604__ _____

PLEASE TAKE NOTICE that on __Aug 23__, 20__13__, I have filed with the U.S. Mail through the __Vienna__ Correctional Center the following documents, properly addressed to the parties above: __1983 Civil Rights Complaint__

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: __Aug. 23, 2013__

/s/ __Steven L. Clark__
NAME: __Steven L. Clark__
IDOC#: __B-51160__
__Vienna__ Correctional Center
~~P.O. Box~~ __6695 State Route 146 East__
__Vienna__, IL __62995__

Form Revised 11/1/01